# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID CABRERA-VASQUEZ,<br><br>Defendant. | 8:19CR177<br><br>**ORDER** |

This matter is before the court on the motion of Attorney Adam J. Sipple to withdraw as counsel for the defendant, David Cabrera-Vasquez. (Filing No. 68). Adam J. Sipple represents that he has accepted employment with the Nebraska ACLU and consequently cannot continue representation of the defendant. Adam J. Sipple's motion to withdraw (Filing No. 68) is granted.

Michael D. Gooch, 7215 North 162nd Street, Bennington, NE 68007, (402) 333-0722, is appointed to represent David Cabrera-Vasquez for the balance of these proceedings pursuant to the Criminal Justice Act. Adam J. Sipple shall forthwith provide Michael D. Gooch with the discovery materials provided the defendant by the government and such other materials obtained by Adam J. Sipple which are material to David Cabrera-Vasquez's defense.

The clerk shall provide a copy of this order to Michael D. Gooch and the defendant.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge