**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiffs,** | **8:19CR177** |
| **vs.** | |
| **DAVID CABRERA-VASQUEZ,** | **ORDER** |
| **Defendant.** | |

Before the Court are the Findings and Recommendation (F&R) of Magistrate Judge Susan M. Bazis, ECF No. 73. The F&R recommends that the Defendant's Motion to Suppress, ECF No. 44, be denied. No objections to the F&R have been filed within the time designated. After a review of the Court record in this matter, including the hearing transcript, evidence, and the Magistrate Judge's well-reasoned F&R,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 73, are adopted; and

2. The Defendant's Motion to Suppress, ECF No. 44, is denied.

Dated this 18th day of March, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge