IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:19CR177 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID CABRERA-VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on June 15, 2022, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibit 101 from Motion to Suppress held 12/10/2019

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  June 15, 2022

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15